# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ANDERSEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA THE PEOPLE,<br><br>　　　　Respondent. | NO. CV 10-00328-RGK (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: APR - 9 2010

　　　　　　　　　　　　　　　　_/s/ Gary Klausner_
　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE